**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re: Edmund A Schirmer
     SS#:  -3597

and

     Claire Schirmer
     SS#:  -7077

         Debtor(s).

_____/

Case No.:  20-10016-EPK
Chapter 13

### Debtors' Motion to Allow Late-Filed Claim #20

The Debtors, Edmund A Schirmer and Claire Schirmer, by and through the undersigned attorneys, file this Motion to Allow Late-Filed Claim #20 and state:

1. The Debtors filed the instant case on January 2, 2020. The claims bar date was March 24, 2020.

2. The Debtors own homestead real property, which is encumbered by a mortgage held by Space Coast Credit Union ("Space Coast").

3. Space Coast filed a secured claim regarding the mortgage on Debtors' homestead (Claim #20) on April 1, 2020.

4. As claim #20 represents a secured claim regarding the mortgage on Debtors' homestead, and Debtors have proposed to provide for this claim in their plan, the Debtors seek to have Claim #20 allowed as a late-filed claim.

5. Debtors reserve their right to object to Claim #20 in the future, should they have a valid basis for doing so.

**WHEREFORE** the Debtors  respectfully requests pursuant to 11 U.S.C. §105(a) and any other applicable sections of the Bankruptcy Code and/or Rules that this Court enter an Order allowing Claim #20 as a late-filed

claim, providing that the Debtors reserve their right to object to Claim #20, and providing such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via electronic filing to **Robin R. Weiner,** Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355-9007; and **A.U.S.T.,** 51 SW First Avenue, Room 1204, Miami, FL 33130, and via U.S. Mail 1st Class to: Space Coast Credit Union, Attn.: Tim Antonition (CEO), 8045 N. Wickham Road, Melbourne, FL 32940-7920; Space Coast Credit Union, c/o Isabel V. Colleran, Esq., 25 SE 2nd Avenue, Suite 730, Miami, FL 33131; Space Coast Federal Credit Union, P.O. Box 419001, Melbourne, FL 32941; and **all creditors** listed on attached Creditors Matrix this 6th day of April, 2020.

/s/ Colin V. Lloyd
HOSKINS & TURCO, P.L.
By: Colin V. Lloyd, Esquire
Florida Bar No.:0165182
302 South Second Street
Fort Pierce, FL 34950
(772) 464-4600
(772) 465-4747  fax

Label Matrix for local noticing
113C-9
Case 20-10016-EPK
Southern District of Florida
West Palm Beach
Mon Apr  6 15:19:45 EDT 2020

American Honda Finance Corporation
c/o Bertis Echols Esq
1715 Aaron Brenner Dr #800
Memphis, TN 38120-1445

Microf LLC
PO Box 70085
Albany, GA 31708-0085

Space Coast Credit Union
c/o Isabel V Colleran
25 SE 2 Ave. #730
Miami, FL 33131-1696

Synchrony Bank
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

AES/PHEAA
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105-2461

Acceptance Now
Attn: Bankruptcy
5501 Headquarters Drive
Plano, TX 75024-5837

Allegro Acceptance C
1111 Bayhill Dr Ste 450
San Bruno, CA 94066-3054

Allegro Credit
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899-8801

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CREDIT FIRST NA
po box 818011
CLEVELAND, OH 44181-8011

CVI SGP-CO Acquisition Trust
c/o Resurgent Capital Services
PO BOX 10587
Greenville, SC 29603-0587

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Convergent Outsourcing, Inc.
Attn: Bankruptcy
Po Box 9004
Renton, WA 98057-9004

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Credit First National Association
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181-0315

Credit Management, LP
Attn: Bankruptcy
Po Box 118288
Carrollton, TX 75011-8288

Credit Solutions LLc
2277 Thunderstick Dr Ste 400
Lexington, KY 40505-4878

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Deptartment Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040-8999

ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256-7412

First Federal Credit Control
Attn: Bankruptcy
24700 Chagrin Blvd, Ste 205
Cleveland, OH 44122-5662

I C System Inc
Attn: Bankruptcy
Po Box 64378
St Paul, MN 55164-0378

Indian River County Tax Collector
ATTN: Bankruptcy Department
P.O. Box 1509
Vero Beach, FL 32961-1509

Internal Revenue Service
ATTN: Bankruptcy Department
POB 7346
Philadelphia, PA 19101-7346

Kohls/Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497

MIDFLORIDA Credit Union
Attn: Bankruptcy
Po Box 8008
Lakeland, FL 33802-8008

(p)MERCHANTS PREFERRED LEASE PURCHASE SERVICE
ATTN BANKRUPTCY DEPARTMENT
5500 INTERSTATE NORTH PARKWAY
ATLANTA GA 30328-4692

Microf LLC
2613 Gillionville Road
Albany, GA 31707-3003

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108-2709

Midnight Velvet
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566-1364

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Omega RMS, llc.
Attn: Bankrutpcy
7505 Nw Tiffany Springs Pky, Ste 500
Kansas City, MO 64153-1313

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

Resurgent
Attn: Bankruptcy Department
Po Box 10497
Greenville, SC 29603-0497

Resurgent Capital Services
Po Box 10587
Greenville, SC 29603-0587

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161-0244

Santander Consumer USA, Inc.
d/b/a Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161-0275

Space Coast Credit Union
Attn: Bankruptcy
8045 North Wickham Road
Melbourne, FL 32940-7920

Stepanek's
ATTN: Bankruptcy Department
1210 9th Street
Vero Beach, FL 32962-4408

Tcg Financial Inc.
1210 9th St Sw
Vero Beach, FL 32962-4408

Trident Asset Management
Attn: Bankruptcy
Po Box 888424
Atlanta, GA 30356-0424

W.S. Badcock Corp
Attn: Bankruptcy
200 North Phosphate Blvd
Mulberry, FL 33860-2328

W.S. Badcock Corporation
P.O. BOX 724
Mulberry, FL 33860-0724

Claire J Schirmer
8716 104th Ct
Vero Beach, FL 32967-3263

Colin V Lloyd
302 So 2 St
Ft. Pierce, FL 34950-1559

Edmund A Schirmer
8716 104th Ct
Vero Beach, FL 32967-3263

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355-9007

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
Attn: Bankruptcy
Po Box 168088
Irving, TX 75016

(d)American Honda Finance Corporation
P.O. Box 168088
Irving, TX 75016

Merchants Preferred Le
5500 Interstate North Pk
Atlanta, GA 30328

Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Microf LLC
PO Box 70085
Albany, GA 31708-0085

End of Label Matrix
Mailable recipients    52
Bypassed recipients     2
Total                  54